

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————

No. 02-22-00253-CV

———————————————

REGINA NACHAEL HOWELL FOSTER, Appellant

V.

INFO TREE INVESTMENTS & MANAGEMENT, LLC, Appellee

On Appeal from the 67th District Court
Tarrant County, Texas
Trial Court No. 067-325046-21

Before Sudderth, C.J.; Kerr and Birdwell, JJ.
Per Curiam Memorandum Opinion

**MEMORANDUM OPINION AND JUDGMENT**

Appellant's brief was originally due on September 12, 2022, but she was granted four extensions that postponed the deadline until December 29, 2022. Despite the extensions, Appellant did not file a brief on or before the deadline.

On January 4, 2023, we notified Appellant that her brief had not been filed as the Rules of Appellate Procedure require. *See* Tex. R. App. P. 38.6(a). We warned that we could dismiss her appeal for want of prosecution unless, within ten days, Appellant filed a brief and an accompanying motion reasonably explaining the brief's untimeliness. *See* Tex. R. App. P. 10.5(b), 38.8(a)(1), 42.3(b). More than twenty days have passed, and we have not received a response.

Because Appellant failed to file a brief, we dismiss her appeal for want of prosecution. *See* Tex. R. App. P. 38.8(a)(1), 42.3(b), 43.2(f).

Per Curiam

Delivered: February 9, 2023